AUSA  Susan Gillooly (313) 226-9577
Special Agent Michael Bolf (313) 348-0129

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Michael Moore
D.O.B. XX/XX/1978

Case: 2:11-mj-30670
Judge: Unassigned,
Filed: 12-21-2011 At 10:10 AM
MICHAEL MOORE (CMP)(WI)(jmc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 9, 2011__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, Section 922(g)(1) | Felon in Possession of a firearm, which had previously traveled in foreign or interstate commerce. |

This criminal complaint is based on these facts:

On December 9, 2011, the defendant, Michael Moore, a previously convicted felon, did possess a firearm; to wit One (1) Ruger, model SR9C, 9mm handgun, serial number 33245486.

☐ Continued on the attached sheet.

_Complainant's signature_

ATF Special Agent Michael Bolf
_Printed name and title_

Sworn to before me and signed in my presence.

Date: December 21, 2011

_Judge's signature_

City and state:  Detroit, MI

R. Steven Whalen, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Michael Bolf, being duly sworn, depose and state the following:

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), the U.S. Justice Department, and have been so employed since May 2008. I am currently assigned to the Detroit, Michigan Field Division, Group 1. I am charged with investigating violations of the federal arson, explosives, firearms and narcotics laws. I have successfully completed the Criminal Investigation Training Program (CITP), which is a 12 week full-time program held at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I have also completed the Special Agent Basic Training (SABT) program at FLETC. In addition, I have received a Bachelor of Science degree in Criminal Justice from Mountain State University, West Virginia.

2

4. I, along with other law enforcement personnel, am currently conducting an investigation involving Federal Firearms violations by Michael MOORE, B/M, DOB-**/**/1978, a prior convicted felon who is alleged to have been in possession of a firearm in violation of Title 18 U.S.C. Section 922(g)(1)- Felon in Possession of a Firearm, in the City of Detroit, Eastern District of Michigan.

5. A criminal history check of MOORE revealed MOORE was convicted of Felony, Breaking and Entering on 09/30/1997, Felony, DEL/MFG Controlled Substance, 07/09/1998, Felony, DEL/MFG Controlled Substance, 08/19/1997.

6. I have reviewed the Detroit Police Department reports relating to the arrest of MOORE and those reports indicated the following: On December 9th, 2011, Officers Michael Conley, Antjuan Spigner and Isam Qasem were in a fully marked scout car in the area of 7 Mile Road and Orleans, in the city of Detroit, Michigan. While traveling westbound on 7 Mile Road, near Orleans, Officer Conley observed Michael MOORE along with 2 other black males walking westbound on the south side of 7 Mile Road. Officer Conley observed MOORE with his right hand in his right coat pocket and the outline of a large handgun in his coat pocket. Officer Conley advised his partners and turned the fully marked scout car around to investigate. Michael MOORE and Claude Jones, a black male, began to run eastbound on 7 Mile Road and then southbound on Orleans. Officer Conley observed MOORE toss a handgun on the grass near an alley, then toss a black cell phone. MOORE was detained in the alley between Orleans and Riopelle. After detaining Jones, Officer Conley returned to the area that he observed MOORE toss the handgun. Officer Conley recovered a handgun described as a silver over black, Ruger, 9mm pistol, Serial Number 33245486 and a

3

black Samsung metro PCS cell phone. Both items were placed on Detroit Police Evidence. MOORE was arrested and transported to the precinct for processing.

7. I have consulted with one of the Firearms Interstate Nexus trained Special Agents in the Detroit Field Division and from the information provided above, he determined the above described firearm was manufactured outside of the state of Michigan. He also determined the firearm is a firearm as defined in Chapter 44, title 18, United States Code Section 921 and as such, was manufactured after 1898, therefore has traveled in and affected interstate or foreign commerce.

8. Based on the above information, I have probable cause to believe Michael MOORE, a previously convicted felon, did possess a firearm, in violation of 18 USC 922(g)(1). This violation occurring within the Eastern Judicial District of Michigan.

Special Agent Michael Bolf
Bureau of Alcohol Tobacco and Firearms

Sworn and subscribed before me on this 20th day of December 2011.

United States Magistrate Judge